# AFFIDAVIT OF SERVICE

| Case:<br>1:19-mc-00266-UNA | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>3898672 (320236) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>EDWIN DUIJNEVELD | | Defendant / Respondent:<br>UNITED STATES OF AMERICA, | |
| Received by:<br>DLS Discovery | | For:<br>Halloran Farkas & Kittila LLP | |
| To be served upon:<br>The Honorable David C. Weiss, Hercules Building, U.S. Attorney's Office, | | | |

I, Chad Toscano, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Susan Woodruff, 1313 N Market St 4th Fl, Wilmington, DE 19801
**Manner of Service:** Government Agency, Oct 21, 2019, 3:40 pm EDT
**Documents:** Summons (Received Oct 21, 2019 at 2:30pm EDT), Petition to Quash and Exhibits (Received Oct 21, 2019 at 2:30pm EDT), Proposed Order (Received Oct 21, 2019 at 2:30pm EDT), Case Information Sheet. (Received Oct 21, 2019 at 2:30pm EDT)

**Additional Comments:**
1) Successful Attempt: Oct 21, 2019, 3:40 pm EDT at 1313 N Market St 4th Fl, Wilmington, DE 19801 received by Susan Woodruff.

_____   10/21/2019
Chad Toscano                Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801
3022505126

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
10/21/2019
Date       Commission Expires

[Notary Seal: JEFFREY A. LOW, MY COMMISSION EXPIRES August 28, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| EDWIN DUIJNEVELD <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-266 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The Honorable David C. Weiss, United States Attorney for the District of Delaware
Hercules Building
U.S. Attorney's Office
1313 N. Market Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore A. Kittila (DE Bar No. 3963)
Halloran Farkas + Kittila LLP
5803 Kennett Pike, Suite C
Wilmington, Delaware 19807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 2 1 2019

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                          _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*

                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of Delaware

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| _____ ) | |
| *Defendant* ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
                                                                                *District Judge's signature*

                                                                              _____
                                                                              *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.